**Todd v. Ashley Furniture Industries, LLC, Case No. 3:24-cv-00615**

To the Court:

I am a member of the Settlement Class and respectfully object to the proposed settlement.

My primary objection is that the settlement provides vouchers instead of direct cash compensation to class members. In my situation, the alleged issues associated with the products have already caused me to incur expenses. I have purchased replacement furniture, bedding, clothing, and other household items, and I discarded affected items at my own expense. Because these purchases have already been made, a voucher for future purchases from Ashley Furniture provides little or no meaningful benefit to me.

I believe cash compensation would more fairly compensate class members for the losses, expenses, and inconvenience they have already experienced. Requiring class members to return to Ashley Furniture and make additional purchases in order to receive value from the settlement does not adequately compensate those who have already spent their own money replacing affected items.

Furthermore, many class members may no longer wish to do business with Ashley Furniture because of the issues that led to this lawsuit. A voucher effectively requires continued patronage of the company, while cash compensation would allow class members to be fairly compensated without additional purchases.

For these reasons, I respectfully request that the Court deny approval of the settlement in its current form or require modifications that provide direct cash compensation to class members rather than vouchers.

I am a member of the Settlement Class because I purchased an Ashley Furniture mattress covered by this settlement.

Respectfully submitted,

**Tyler Watkins**
**100 E Mac Arthur Blvd. Unit 331**
**Santa Ana Ca 92707**
**310-818-9034**

Signature: _Tyler Watkins_

Date: _6/20/2026_