# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| JAIME TODD, *et al.*,<br><br>                           Plaintiffs,<br><br>      v.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC, *et al*.,<br><br>                           Defendants. | Case No. 3:24-cv-00615-WMC<br><br>**DECLARATION OF ADAM ALDRICH IN SUPPORT OF PLAINTIFFS' MOTION TO ADD CLASS REPRESENTATIVE** |

I, Adam Aldrich, declare as follows:

1.    I am the named plaintiff in *Aldrich v. Resident Home, LLC et al.* Case No. 5:25-cv-01791-SSS-PVC (C.D. Cal. 2025) currently pending in the United States District Court for the Central District of California.

2.    In March 2022, I purchased a queen size Nectar mattress from Nectar's website which, I later learned, contained fiberglass.

3.    In bringing my case, I worked with my counsel to approve the complaint and details therein.  I have stayed in constant communication with them, including discussing options after my case was stayed and through the process of joining this settlement.

4.    As a participating class member, if the Settlement here receives final approval, I plan to dismiss my pending lawsuit.

5.    Moreover, on June 28, 2026, I submitted a claim to receive a share of the settlement in this action.


I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct.

Executed this 13th day of July, 2026 at Norco, California.


By:    /s/ adam aldrich (Jul 13, 2026 11:01:51 PDT)

Adam Aldrich

DECLARATION OF ADAM ALDRICH
CASE NO. 3:24-CV-00615-WMC

1