**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Jamie Todd, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Ashley Furniture Industries, LLC, et al.,<br><br>*Defendants*. | Case No. 3:24-cv-615-wmc |

**UNOPPOSED MOTION TO AMEND SCHEDULE**
**FOR SETTLEMENT ADMINISTRATION**

Plaintiffs move this Court to amend the Settlement Administration Schedule (Dkt. 71-1, adopted at Dkt. 72) to: (a) require Class Counsel to move for attorney's fees and costs *earlier* than the current schedule dictates: (b) require the Settlement Administrator to give class members additional notice regarding that motion; and (c) allow a period of three (3) weeks for class members to submit objections to Class Counsel's motion, in advance of the final fairness hearing scheduled for September 24, 2026. Because Class Counsel is agreeing to file their motion for attorney's fees and costs earlier than originally planned, **the amendment sought in this unopposed motion will not require moving the final fairness hearing**. A proposed order reflecting the proposed modifications to the schedule (highlighted in yellow to facilitate the Court's review) is attached hereto as **Exhibit A**. A proposed form of notice for the Settlement Administrator to use in providing additional notice regarding Class Counsel's motion for attorney's fees and costs is attached hereto as **Exhibit B**.

As set forth in Exhibit A, the following deadlines would be modified in or added to the existing schedule:

- Deadline for Class Counsel to file Motion for Attorneys' Fees, Costs and Class Representative Service Payment –August 18, 2026;[1]
- Settlement Administrator to Update the Settlement Website with Class Counsel's Motion for Attorneys' Fees, Costs and commence Email Notice to Class Members regarding the same – August 27, 2026; and
- Deadline for Class Members to Object to Class Counsel's Motion for Attorneys' Fees and Costs or Exclude themselves from the Settlement – September 16, 2026; and
- Deadline for Settlement Administrator to Provide Declaration Detailing Distribution of Class Notice/Claims/Opt Outs/Objections – September 17, 2026.[2]

As noted above and set forth in the accompanying proposed order, this requested amendment would not affect other case deadlines or the timing of the final fairness hearing. Rather, the purpose is to allow notice of Class Counsel's motion for attorneys' fees and costs to be "directed to class members in a reasonable manner" (through an additional round of email notice) and to allow class members time to "object to the motions" with the benefit of the information provided by Class Counsel in support of their motion. Fed. R. Civ. P. 23(h)(1), (2). As the Court is aware, the parties' Settlement Agreement contemplates that Class Counsel may seek up to $3 million in attorney's fees and costs (*see* Dkt. 65-1 § 3.3.3), and this intention was reiterated in both Plaintiffs' Motion for Preliminary Approval (Dkt. 65, at 23) and the Court's Preliminary Approval Order (Dkt. 70, at 15); so, class members have long been aware that Class Counsel intends to seek this amount. However, this proposed amendment to the schedule facilitating additional notice will allow class members to further "analyze the [fee] petition after it

[1] This deadline is currently set for September 3, 2026.
[2] This deadline is currently set for September 10, 2026.

[is] filed and submit a response." *In re Tiktok, Inc., Consumer Priv. Litig.,* 617 F. Supp. 3d 904, 930 (N.D. Ill. 2022) (concluding that a schedule allowing two weeks for class members to object to a fee petition was acceptable under Seventh Circuit precedent).

Defendants do not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter the proposed order attached hereto as Exhibit A, including by approving the form of notice attached hereto as Exhibit B.

Respectfully submitted,

*<u>/s/ D. G. Pantazis, Jr.</u>*

D. G. Pantazis, Jr.
Brian M. Clark
Eric Sheffer
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
T: (205) 314-0557
F: (205) 314-0757
dgpjr@wigginschilds.com
bclark@wigginschilds.com
esheffer@wigginschilds.com

Daniel B. Snyder, Wis # 1037585
Gregory A. Cade
Kevin B. McKie
Gary Anderson
Jordan Andrews Cade
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Ave. S.
Birmingham, AL 35205
T: (205) 328-9200
F: (205) 328-9456
GregC@elglaw.com
kmckie@elglaw.com
Gary@elglaw.com
jordan@elglaw.com

Christopher Cueto, IL #6192248
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
7110 West Main Street
Belleville, IL 62223
ccueto@cuetolaw.com
jradcliffe@cuetolaw.com

Lloyd M. Cueto, IL #6292629
Law Office of Lloyd M. Cueto, P.C.
7110 West Main Street
Belleville, IL 62223
cuetolm@cuetolaw.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing generated by CM/ECF on all counsel of record.

Matthew Splitek (WI Bar No. 1045592)
QUARLES & BRADY LLP
33 E. Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

Edward C. Barnidge (pro hac vice)
Teresa M. Wogoman (pro hac vice)
Ikenna N. Ugboaja (pro hac vice)
WILLIAMS & CONNOLLY, LLP
680 Maine Avenue S.W.
Washington, DC 20024
(202) 434-5000
ebarnidge@wc.com
twogoman@wc.com
iugboaja@wc.com

*Attorneys for Defendants*

*D. G. Pantazis, Jr.*
Of Counsel