# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Jamie Todd, et al.,<br>*Plaintiffs*,<br>v.<br>Ashley Furniture Industries, LLC, et al.,<br>*Defendants*. | Case No. 3:24-cv-615-wmc |

## [PROPOSED] AMENDED SETTLEMENT ADMINISTRATION SCHEDULING ORDER

Upon review of Plaintiffs' Unopposed Motion to Amend Schedule for Settlement Administration (the "Motion") and for good cause shown, the Court **GRANTS** the Motion, approves the form of notice submitted by Plaintiffs, and orders that the Settlement Administration Schedule be modified as follows:

| ***Post-Grant of Preliminary Approval*** | |
|---|---|
| Defendants to deliver Class Data to Administrator | **April 9, 2026**<br>(21 days after entry of Preliminary Approval Order) |
| Administrator to notify Class Counsel of receipt of Class Data and confirm number of Class Members | **April 23, 2026**<br>(14 days after delivery of Class Data to Administrator) |
| Administrator to provide Email Notice to Class Members | **May 9, 2026**<br>(30 days after delivery of Class Data to Administrator) |
| Administrator to establish and create the Settlement Website | **May 9, 2026**<br>(30 days after delivery of Class Data to Administrator) |
| Administrator to provide second round of Email Notice to Class Members who have not yet submitted a Claim or Request for Exclusion | **June 17, 2026**<br>(30 days before Re |
| Response Deadline | **July 17, 2026**<br>(120 days after entry of Preliminary Approval order) |
| Objection/Exclusion Deadline | **July 17, 2026**<br>(120 days after entry of Preliminary Approval order) |

| | |
|---|---|
| Administrator to provide Exclusion List and copies of Requests for Exclusion to Class Counsel and Defense Counsel | **July 31, 2026**<br>(14 days after Response Deadline) |
| Final Approval Hearing | **September 24, 2026, at 1:00 p.m. Central Time** |
| Administrator's Declaration provided to Class Counsel and Defense Counsel | **August 20, 2026**<br>(14 days before deadline for Motion for Final Approval) |
| Deadline for Class Counsel to file Motion for Final Approval of Class Action Settlement | **September 3, 2026**<br>**(**21 days before the Final Approval Hearing) |
| Deadline for Class Counsel to file Motion for Attorneys' Fees, Costs and Class Representative Service Payment | **August 18, 2026**<br>**(**37 days before the Final Approval Hearing) |
| Settlement Administrator to Update the Settlement Website with Class Counsel's Motion for Attorneys' Fees, Costs and commence Email Notice to Class Members regarding the same | **August 27, 2026**<br>(29 days before the Final Approval Hearing) |
| Deadline for Class Members to Object to Class Counsel's Motion for Attorneys' Fees, Costs or Exclude Themselves from the Settlement | **September 16, 2026**<br>(8 days before the Final Approval Hearing) |
| Deadline for Settlement Administrator to Provide Declaration Detailing Distribution of Class Notice/Claims/Opt Outs/Objections | **September 17, 2026**<br>(7 days before the Final Approval Hearing) |
| Deadline to Submit Any Responses to Objections | **September 17, 2026**<br>(7 days before the Final Approval Hearing) |
| ***Post Grant of Final Approval*** | |
| Class Counsel to provide W-9 forms to Defense Counsel | 10 days after Effective Date |
| Disbursement of the Class Counsel Fees Payment, the Class Counsel Litigation Expenses Payment and the Class Representative Service Payment | 30 days after Effective Date |
| Administrator to inform Class Counsel and Defense Counsel of calculated *pro rata* Voucher amount and, if applicable, Contingent Cash Fund | 14 days after Effective Date |
| Defendants to provide Vouchers to Administrator | 21 days after Administrator informs Class Counsel and Defense Counsel of *pro rata* Voucher and, if applicable, Contingent Cash Fund distribution amounts |
| Administrator to distribute Vouchers to Participating Settlement Class Members | 60 days after receipt of Vouchers from Defendants |

**IT IS SO ORDERED.**

August ___, 2026

_______________________________
WILLLIAM M. CONLEY
District Judge