# Attachment 4

**From:** Todd v. Ashley Furniture Industries, LLC Settlement Administrator
<mattressclassactionsettlement@e.epiqnotification.com>
**Sent:** Monday, August 24, 2026 9:10 AM
**To:** [redacted]
**Subject:** Ashley Furniture Settlement Amended Schedule

United States District Court of the Western District of Wisconsin

*Todd, et al. v. Ashley Furniture Industries, LLC*

**If you are an individual end consumer who purchased a mattress in the United States between October 1, 2017, and June 30, 2024, that was manufactured, produced, or sold by Resident Home, LLC, Ashley Furniture Industries, LLC, or Ashley Global Retail, LLC, and contained fiberglass as a fire-retardant material, you may be eligible for benefits from a class action settlement.**

***A Court authorized this Notice. This is not a solicitation from a lawyer.***

As you were previously informed, a settlement was reached in this case, the deadline to submit a claim to participate in the settlement expired on July 17, 2026, and the Final Approval Hearing is scheduled for September 24, 2026.

The purpose of this Notice is to inform you that Class Counsel has now filed their motion asking the Court to award attorneys' fees and reimbursement of reasonable expenses up to $3 million. If awarded by the Court, attorneys' fees and reimbursement of reasonable expenses will be paid directly by Defendants. The Court may award less than the amounts requested by Class Counsel for attorneys' fees and reimbursement of reasonable expenses.

A copy of Class Counsel's motion for attorney's fees and costs is now available at: www.mattressclassactionsettlement.com.

If you submitted a timely and valid claim, would still like to participate in this settlement, and have no objection to Class Counsel's motion for attorneys' fees and reimbursement of reasonable expenses, you do not need to do anything further.

If you would like to object to Class Counsel's motion for attorneys' fees and reimbursement of reasonable expenses, you may submit an objection by **September 16, 2026.** Your objection must include the information identified in FAQ 21.

If you would like to exclude yourself from the Settlement, please follow the instructions available in FAQ 18. The deadline to exclude yourself from the Settlement is **September 16, 2026**.

**This notice is a summary.** To learn more about the Settlement please visit the Settlement website, www.mattressclassactionsettlement.com or call toll-free 1-877-268-2879.

Copyright © 2026 Todd v. Ashley Furniture Industries, LLC
Our address is Todd v. Ashley Furniture Industries, LLC Settlement Administrator, PO Box 5735, Portland, OR 97228-5735, United States

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

AN047_v02